UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| STEPHANIE REED ex rel B.R., Plaintiff, | 3:20-cv-01475-SI |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | ORDER |

It is hereby ORDERED that attorney fees in the amount of $7,557.70 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office[1] as follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293.  If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

DATED this _21st_ day of ____June____, 2022.

Michael H. Simon
United States District Judge

---

[1] Formerly known as Schneider Kerr & Robichaux.